UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRACEY PAGE** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO:** |
| | * | |
| **AMERICAN HOMESTAR MODULAR** | * | **SECTION " "** |
| **HOMES, LLC, ABC INSURANCE COMPANY,** | * | |
| **DEF CONSTRUCTION COMPANY,** | * | **JUDGE** |
| **AND GHI INSURANCE COMPANY** | * | |
| | * | **MAGISTRATE (  )** |
| **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*** | | |

### NOTICE OF REMOVAL

**NOW INTO COURT,** through undersigned counsel, comes defendant, **AMERICAN HOMESTAR MODULAR HOMES, LLC,** which represents as follows:

1.

American Homestar Modular Homes, LLC was named as a defendant in the proceeding entitled, "Tracey Page v. American Homestar Modular Homes, LLC, ABC Insurance Company, DEF Construction Company and GHI Insurance Company," Civil Action No. 118735, in the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana.  The Petition for Damages was filed on January 27, 2012 and was served on defendant, American Homestar Modular Homes, LLC, through the Louisiana Secretary of State on February 9, 2012.  (A copy of the Louisiana Secretary of State Service Papers and the Citation are  attached as Exhibit A.)

2.

Attached hereto is a copy of all pleadings served in said suit. (Exhibit B).

3.

As alleged in the petition, petitioners are of the full age of majority and residents of the Parish of St. Bernard, State of Louisiana, at the time of filing the Petition for Damages.

4.

As alleged, American Homestar Modular Homes, LLC is a foreign corporation and is not a citizen of the State of Louisiana. The principal place of business of American Homestar Modular Homes, LLC was, at the time the action was commenced, and still is located in the State of Texas and not in the State of Louisiana.

5.

Upon information and belief, neither ABC Insurance Company, DEF Construction Company nor GHI Insurance Company have been identified or served in this matter. Additionally, without identification of said companies, the allegation that DEF Construction Company is a Louisiana Company is without merit, cannot be verify and cannot be considered in determining whether this court can hear this matter under diversity jurisdiction.

6.

Plaintiff alleges that on June 15, 2007, she contracted with American Homestar Modular Homes, LLC to construct and elevate a modular home on plaintiff's property. She further alleges that American Homestar Modular Homes, LLC and DEF Construction Company performed the work on the property. Plaintiff does not allege that a contract existed between plaintiff and DEF Construction Company. Because no contractual privity exists between plaintiff and DEF

Construction Company, plaintiff has improperly joined DEF Construction Company to this proceeding.

7.

Plaintiff further alleges that due to the improper construction of the foundation of her home, damages are apparent in every room and every wall of the home, including the door jambs, crown molding, floor molding, windows, sheet rock and ceramic flooring.  Plaintiff further alleged that the contractually agreed price for the work was $166,458.19.

8.

American Homestar Modular Homes, LLC avers that the nature and extent of the damages for which compensation is sought - foundation repair, window and sheet rock repair, floor repair and molding repair - establishes that the jurisdictional threshold in this matter has been met.

9.

Because there exists total diversity of citizenship between plaintiff and defendant and the amount in good faith controversy herein exceeds 75,000.00, exclusive of interest and costs, this Court accordingly has original jurisdiction in this matter pursuant to the provisions of 28 U.S.C. §1332.

10.

In compliance with 28 U.S.C. §1446(b), this removal proceeding is being filed within thirty days after service of process of American Homestar Modular Homes, LLC, and within one year of commencement of this action.

11.

American Homestar Modular Homes, LLC further avers that it shall give written notice of this filing to the original plaintiff and shall file a copy of this Notice of Removal with the Clerk of the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, making same referable to proceeding No. 118735, in furtherance of the prayer herein that no further proceedings shall occur in State Court and that this matter shall henceforth proceed forward only in this Honorable Court.

        Respectfully submitted,

        **BERNARD, CASSISA, ELLIOTT & DAVIS**
        A Professional Law Corporation

    BY:     *Jack Culotta*
        **JOHN T. ("JACK") CULOTTA (Bar No. 17272)**
        **DAVID M. MCDONALD (#30625)**
        1615 Metairie Road
        P.O. Box 55490
        Metairie, LA  70055-5490
        Telephone:  (504) 834-2612
        **Attorneys for American Homestar Modular Homes, LLC**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the all non-CM/ECF participants, on February 27, 2012.

        *Jack Culotta*
    **JOHN T ("JACK") CULOTTA (Bar No. 17272)**